UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF TEXAS
SAN ANTONIO DIVISION

| | | |
|---|---|---|
| DAVID FLATTMANN AND JAMIE FLATTMANN, | § § § | |
| Plaintiffs, | § § | |
| vs. | § § | CIVIL ACTION NO. 5:17-cv-00551 |
| METROPOLITAN LLOYDS INSURANCE COMPANY OF TEXAS AND MICHAEL LEE ESMAY | § § § § § | **(JURY)** |
| Defendants. | § | |

## JOINT STIPULATION OF DISMISSAL WITH PREJUDICE

TO THE HONORABLE UNITED STATES DISTRICT COURT:

COME NOW, Plaintiffs David Flattmann and Jamie Flattmann, and Defendants Metropolitan Lloyds Insurance Company of Texas and Michael Lee Esmay, and file this Stipulation of Dismissal With Prejudice under Federal Rule of Civil Procedure 41(a)(1)(ii) and in support thereof would show the Court as follows:

1. Plaintiffs are David Flattmann and Jamie Flattmann. Defendants are Metropolitan Lloyds Insurance Company of Texas and Michael Lee Esmay.

2. Plaintiffs filed suit against Defendant arising out of a homeowners' insurance claim arising from storm damage that occurred on or about April 12, 2016.

4. Plaintiffs and Defendanst have reached a compromise and settlement regarding the claims in this lawsuit. As a result, Plaintiffs desire to dismiss with prejudice all claims and causes of action asserted against Defendants. Plaintiffs and Defendants agree to this dismissal with prejudice.

5. This case is not a class action.

**JOINT STIPULATION OF DISMISSAL WITH PREJUDICE - Page 1**

6.  A receiver has not been appointed in this action.

7.  This case is not governed by any federal statute that requires an order of the court for dismissal of the case.

8.  Plaintiffs have not dismissed an action based on or including the same claims as those presented in this suit.

9.  This dismissal is requested to be with prejudice as to Defendants Metropolitan Lloyds Insurance Company of Texas and Michael Lee Esmay.

                Respectfully submitted,

                /s/ - *Brent L. Klender*
                Brent L. Klender
                Wayne Wright LLP
                5707 W Interstate 10 Frontage Rd
                San Antonio, TX 78201
                210-734-7077
                210-734-9965 – fax
                SBN 24095204
                bklender@waynewright.com

                ATTORNEY FOR PLAINTIFFS

                *AND*

                /s/ - *Dennis D. Conder*
                Dennis D. Conder
                Stacy | Conder | Allen LLP
                901 Main Street, Suite 6200
                Dallas, Texas  75202
                214-748-5000
                214-748-1421 – fax
                conder@stacyconder.com
                SBN 04656400

                ATTORNEY FOR DEFENDANTS