IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
SAN ANTONIO DIVISION

| | | |
|---|---|---|
| DAVID FLATTMANN and JAMIE FLATTMANN, | § § § | |
| Plaintiffs, | § § | |
| VS. | § § | CIVIL ACTION NO. SA-17-CA-551-FB |
| METROPOLITAN LLOYDS INSURANCE COMPANY OF TEXAS and MICHAEL LEE ESMAY, | § § § § § | |
| Defendants. | § § | |

### ORDER OF DISMISSAL WITH PREJUDICE AND FINAL JUDGMENT

Before the Court is the Joint Stipulation of Dismissal with Prejudice filed by the parties on May 15, 2018 (docket #13), advising that the parties have reached a compromise and settlement regarding the claims in this lawsuit and agree to the dismissal of this case with prejudice with costs adjudged against the party incurring same.

Therefore, pursuant to the Joint Stipulation of Dismissal with Prejudice (docket #13), IT IS HEREBY ORDERED, ADJUDGED AND DECREED that all of plaintiffs' claims against the defendants Metropolitan Lloyds Insurance Company of Texas and Michael Lee Esmay and this case are DISMISSED WITH PREJUDICE with costs, if any, adjudged against the party incurring same. Motions pending, if any, are also DISMISSED, and this case is now CLOSED.

It is so ORDERED.

SIGNED this 16th day of May, 2018.

_____
FRED BIERY
UNITED STATES DISTRICT JUDGE